IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID LYMAN SPALDING, <br> Plaintiff, | § § § | |
| v. | § | No. 3:20-cv-03262-M (BT) |
| | § | |
| JOHN DOE CAMP COUNSELOR, <br> Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 8, 2020. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made in Plaintiff's Motion to Vacate. The Court finds the Motion without merit.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and the Motion to Vacate is overruled.

**SO ORDERED** this 6th day of January, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE